```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID SNAPP and TIM KELLY
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  KHOA TRAN

 9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,     )  Cr. No. 2:10-cr-341 EFB
15                                )
                      Plaintiff,  )  STIPULATION AND ORDER TO VACATE
16                                )  TRIAL CONFIRMATION HEARING AND
          v.                      )  JURY TRIAL AND SET A CHANGE OF
17                                )  PLEA
    KHOA TRAN,                    )
18                                )
                      Defendant.  )
19                                )  Date: October 18, 2010
    _____ )  Time: 10:00 A.M.
20                                   Judge: Edmund F. Brennan

21

22       It is hereby stipulated and agreed to between the United States of

23  America through Matthew C. Stegman, Assistant U.S. Attorney, and

24  defendant, Khoa Tran, by and through his counsel, Linda Harter, Chief

25  Assistant Federal Defender, that the trial confirmation hearing set for

26  October 18, 2010, 10:00am and the jury trial set for November 2, 2010

27  be vacated and a change of plea hearing be set for November 1, 10:00am.

28  ////
```

1   The parties stipulate that for the purpose of computing time under
2 the Speedy Trial Act, the Court should exclude time from the date of
3 this order until November 1, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv)
4 [Local Code T4].  This exclusion of time will allow the parties to
5 finalize the plea agreement.

7
8   DATED: October 8, 2010        Respectfully submitted,
                                   DANIEL J. BRODERICK
                                   Federal Defender
9

10                                   /s/ Linda Harter
                                   LINDA HARTER
11                                 Assistant Federal Defender
                                   Attorney for Defendant
12                                 Khoa Tran

14  DATED: October 8, 2010        BENJAMIN B. WAGNER
                                   United States Attorney
15

16                                   /s/ Matthew C. Stegman
                                   MATTHEW C. STEGMAN
17                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff

19                          **O R D E R**

20      **IT IS SO ORDERED.**

21  DATED:  October 8, 2010.
22                                 _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

Stipulation and Order