1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID SNAPP AND TIMOTHY KELLY
4  Certified Student Attorneys
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7

   Attorney for Defendant
8  KHOA TRAN

9

10

                    IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,        )  No. 10-CR-00341-EFB
15                                   )
                    Plaintiff,       )  AMENDED STIPULATION AND ORDER TO
16                                   )  SET DISCLOSURE SCHEDULE
        v.                           )
17                                   )
   KHOA TRAN,                        )
18                                   )  Date:  November 23, 2010
                    Defendant.       )  Time:  9:30 A.M.
19                                   )  Judge: Hon. Edmund F. Brennan
   _____ )
20

21      It is hereby stipulated and agreed to between the United States of

22  America through Matthew C. Stegman, Assistant U.S. Attorney, and

23  defendant, KHOA TRAN, by and through his counsel, Linda C. Harter,

24  Chief Assistant Federal Defender, that the following schedule for

25  disclosure be adopted:

26      Draft PSR due                          December 27, 2010

27      Written objections due                 January 10, 2011

28      PSR filed with the court               January 17, 2011

1        Motion to correct due                      January 24, 2011

2        Reply or statement of non-opposition       January 31, 2011

3        J&S hearing                                February 2, 2011

4
  DATED: November 22, 2010               Respectfully submitted,
5                                        DANIEL J. BRODERICK
                                         Federal Defender
6

7                                        __/s/ Linda C. Harter_____
                                         LINDA C. HARTER
8                                        Chief Assistant Federal Defender
                                         Attorney for Defendant
9                                        KHOA TRAN

10

11 DATED: November 22, 2010              BENJAMIN B. WAGNER
                                         United States Attorney
12

13                                       ___/s/ Matthew C. Stegman___
                                         MATTHEW C. STEGMAN
14                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
15

16                           **O R D E R**

17        **SO ORDERED.**

18 DATED:   November 22, 2010.

19                                       _____
                                         EDMUND F. BRENNAN
20                                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

Stipulation and Proposed Order
                              -2-